**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

**THOBIAS TABE TAFANG,**

    *Petitioner*,

**v.**                                                                                    **Case No. 5:26-CV-3176-JKP**

**WARDEN, EDEN DETENTION**
**CENTER, et al.,**

    *Respondents*.

## ORDER OF TRANSFER

Before the Court is a Petition for a Writ of Habeas Corpus (ECF No. 1) filed pursuant to 28 U.S.C. § 2241. Petitioner is represented by counsel in these proceedings and has paid the requisite $5 filing fee. According to the petition, Petitioner is detained in the Eden Detention Center in Eden, Texas, which is Concho County, Texas. The detention facility lies within the territorial confines of the San Angelo Division of the Northern District of Texas. *See* 28 U.S.C. § 124(a)(4).

"The only district that may consider a habeas corpus challenge to present physical confinement pursuant to § 2241 is the district in which the [detainee] is confined." *United States v. McPhearson*, 451 F. App'x 384, 387 (5th Cir. 2011) (per curiam) (citing *Rumsfeld v. Padilla*, 542 U.S. 426, 442-43 (2004); *Lee v. Wetzel*, 244 F.3d 370, 375 n.5 (5th Cir. 2001)). The Western District of Texas has no jurisdiction over the filed § 2241 habeas petition. The Court may transfer a case filed in the wrong district or division "to any district or division in which it could have been brought." 28 U.S.C. § 1406(a). And the Court may transfer a case sua sponte. *See Mills v. Beech Aircraft Corp.*, 886 F.2d 758, 761 (5th Cir. 1989).

Because Petitioner is detained in the San Angelo Division of the Northern District of Texas, that district and division is the proper venue for the instant habeas petition. Accordingly, in the

interests of justice and in accordance with 28 U.S.C. § 1406(a), the Court hereby **TRANSFERS** this habeas action to the United States District Court for the Northern District of Texas, San Angelo Division. **The Clerk of Court shall take the necessary steps to transfer this action in accordance with normal procedures.**

    **IT IS SO ORDERED this 18th day of May 2026.**

**JASON PULLIAM**
**UNITED STATES DISTRICT JUDGE**